**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-7750**

———————

CLARENCE RAYMOND LOCKLEY,

Petitioner - Appellant,

versus

RONALD J. ANGELONE, Director, Virginia Depart-
ment of Corrections,

Respondent - Appellee.

———————

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Norfolk.  Rebecca B. Smith, District Judge.
(CA-99-2130-2)

———————

Submitted:  February 8, 2001        Decided:  February 15, 2001

———————

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Clarence Raymond Lockley, Appellant Pro Se.  Mary Kathleen Beatty
Martin, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond,
Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Clarence Raymond Lockley appeals the district court's orders denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Lockley v. Angelone, No. CA-99-2130-2 (E.D. Va. Nov. 8; Dec. 1, 2000). We also deny Lockley's motion for a temporary injunction, motion to stay the appeal, and motion to transfer the case. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2